IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA | : |
| | : CRIMINAL NO. |
| vs. | : |
| | : |
| WARREN T. WELLS | : |
| | : 18 USC § 661 (1 count) |
| Defendant | : |

INFORMATION

THE UNITED STATES CHARGES:

COUNT I

Beginning on or about December 13, 2013, in the Middle District of Pennsylvania, the Defendant,

WARREN T. WELLS

within the special maritime and territorial jurisdiction of the United States, to wit; the Wilkes-Barre, Pennsylvania Veterans Administration Medical Center, did unlawfully, willfully and knowingly, and with intent to convert to his own use, did steal, take and carry away from the person of another a golden crucifix necklace.

All in violation of Title 18, United States Code, Sections 661.

*Peter J. Smith* (signature)

PETER J. SMITH   By TLH
United States Attorney                                      Date: July 1, 2014