UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:14-CR |
| | : | |
| VS. | : | |
| | : | (Judge        ) |
| WARREN T. WELLS | : | |
| Defendant | : | |

## WAIVER OF INDICTMENT: STATEMENT OF DEFENDANT

1. I understand that I am charged with a felony and, therefore, that I have the right to have the case presented to a grand jury. I further understand that a grand jury consists of not less than sixteen (16) nor more than twenty-three (23) members, at least twelve (12) of whom must concur in the return of an indictment. Thus, by waiving indictment, I concede that had the case been presented to a grand jury, an indictment would have been returned.

2. I am represented by an attorney, Leo Iatella, of Scranton, Pennsylvania. I fully understand that I have the right to be represented by an attorney at every stage of this proceeding and, if necessary, one will be appointed to represent me. I have discussed this matter with my attorney and am satisfied with his representation of me in this proceeding.

3. I hereby waive my right to have this matter presented to a grand jury. I hereby authorize the United States Attorney for the Middle District of Pennsylvania to file a felony criminal information against me charging me with 18 U.S.C. Section, 661, Theft.

4. I fully understand this statement, consisting of one (1) typewritten page.

_____        _____
Defendant                                                          Counsel for Defendant

Dated: 6/11/14 , 2014