**FILED**
**SCRANTON**

JUL 1 6 2014

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
                               :
                               :
            -vs-               :       NO. 3:CR-14-162
                               :
WARREN T. WELLS,               :
                               :
                               :
            Defendant :

## PLEA

AND NOW, this 16th day of July, 2014, the within named

Defendant, Warren T. Wells, having been arraigned in open Court,

hereby pleads <u>guilty</u> to the within INFORMATION.

_____
WARREN T. WELLS
Defendant